**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Martin Rodriguez, Appellant.

Appellate Case No. 2015-001902

———————

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-173
Submitted February 1, 2017 – Filed April 19, 2017

———————

**APPEAL DISMISSED**

———————

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.